UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LaMARK DeWAYNE ROWELL,

    Plaintiff,

v.                                      Case No. 8:13-cv-702-T-35EAJ

ARMOR CORRECTIONAL HEALTH, INC.,
  And DR. ONAMRUI CHOWDHURY,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court on Plaintiff Rowell's failure to file an amended complaint. Rowell was ordered (Doc. 8) to file an amended complaint. The order was apparently delivered to Rowell because it was not returned as undeliverable. Rowell has not responded to the order. Rowell was advised that the failure to respond would result in the dismissal of this case.

    Accordingly, this case is **DISMISSED** without prejudice for Rowell's failure to file an amended complaint as ordered. (Doc. 8) The CLERK is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida, this 27th day of June, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE